|     |     |
| --- | --- |
| 1   | CENTER FOR DISABILITY ACCESS |
| 2   | Raymond Ballister Jr., Esq., SBN 111282 |
|     | Russell Handy, Esq., SBN 195058 |
| 3   | Dennis Price, Esq., SBN 279082 |
| 4   | Amanda Seabock, Esq., SBN 289900 |
|     | 8033 Linda Vista Road, Suite 200 |
| 5   | San Diego, CA 92111 |
| 6   | (858) 375-7385; (888) 422-5191 fax |
|     | amandas@potterhandy.com |
| 7   | Attorneys for Plaintiff, ORLANDO GARCIA |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ORLANDO GARCIA, | ) Case No.: 2:20-cv-09135-ODW-GJS |
| --- | --- |
| Plaintiff, | ) |
| v. | ) **NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES** |
| LAS PALMAS CENTER, a California Corporation; Q DOLLAR BARGAIN, INC., a California Corporation; and Does 1-10, | ) |
| Defendants. | ) |

The plaintiff hereby notifies the court that a provisional settlement has been reached in the above-captioned case. The Parties would like to avoid any additional expense while they focus efforts on finalizing the terms of the settlement and reducing it to a writing. The plaintiff, therefore, applies to this Honorable Court to vacate all currently set dates with the expectation that the settlement will be consummated within the coming sixty (60) days, allowing for a Joint Stipulation for Dismissal with prejudice as to all parties to be filed.

                              CENTER FOR DISABILITY ACCESS

Dated: June 14, 2021          /s/ Amanda Seabock
                              Amanda Seabock
                              Attorney for Plaintiff