UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | 2:20-cv-09135-ODW-(GJSx) | Date | June 14, 2021 |
|---|---|---|---|
| Title | *Orlando Garcia v. Las Palmas Center et al* | | |

Present: The Honorable   Otis D. Wright II, United States District Judge

| Sheila English | Not reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):**

In light of the Notice of Settlement (ECF No. 21), which states that the parties have settled the matter, this action is placed on inactive status.

By **July 15, 2021**, the parties shall file a dismissal that complies with Federal Rule of Civil Procedure 41. Failure to timely comply with this order shall result in the dismissal of this action. All dates and deadlines in this action are **VACATED** and taken off calendar.

**IT IS SO ORDERED.**

: 00

Initials of Preparer   SE