CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

Kevin Hee Young Jang, Esq. (SB#276784)
KEVIN H. JANG, A LAW CORPORATION
3435 Wilshire Blvd. Suite#2300
Los Angeles, CA 90010
Telephone: (213) 221-1188
Facsimile: (213) 221-1184
Attorneys for Defendants
Las Palmas Center and Q Dollar Bargain, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>　　　　Plaintiff,<br>v.<br><br>LAS PALMAS CENTER, a California Corporation; Q DOLLAR BARGAIN, INC., a California Corporation; and Does 1-10,<br><br>　　　　Defendants. | Case No.: 2:20-cv-09135-ODW-GJS<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)** |

　　　　Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

| | | |
|---|---|---|
| Dated: July 26, 2021 | | CENTER FOR DISABILITY ACCESS |
| | By: | /s/ Amanda Seabock<br>Amanda Seabock<br>Attorneys for Plaintiff |
| Dated: July 26, 2021 | | KEVIN H. JANG, A LAW CORPORATION |
| | By: | /s/ Kevin Hee Young Jang<br>Kevin Hee Young Jang<br>Attorneys for Defendants<br>Las Palmas Center and Q<br>Dollar Bargain, Inc. |

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Kevin Hee Young Jang, counsel for Las Palmas Center and Q Dollar Bargain, Inc., and that I have obtained authorization to affix his electronic signature to this document.

Dated: July 26, 2021             CENTER FOR DISABILITY ACCESS

                                    By:    /s/ Amanda Seabock
                                                     Amanda Seabock
                                                     Attorneys for Plaintiff